IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| KEVIN LEE CARNETT, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| VS. | )    No. 14-1309-JDT/egb |
| | ) |
| WBBJ-TN, | ) |
| et al., | ) |
| | ) |
|     Defendants. | ) |

ORDER ADOPTING REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE [DE# 39]

Magistrate Edward G. Bryant has issued a report in this matter [DE# 39], recommending that Plaintiff's motion to amend his complaint [DE# 30] be granted and that Mark Griffin be dismissed from the amended complaint as a defendant *sua sponte* on the ground that the claims against him are time barred.[1] Neither party has filed objections to the report and recommendation.

Having reviewed the record and the controlling case law, the court agrees with Magistrate Judge Bryant's decision and ADOPTS his report and recommendation for the reasons set forth in the order. Accordingly, Plaintiff's motion to amend his complaint is GRANTED, and Mark Griffin is DISMISSED from the amended complaint as a defendant.

---

[1] The amended complaint has been filed as an attachment at docket entry number 31.

IT IS SO ORDERED.

 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE